UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID FARRELL,<br><br>　　　　　　　Movant,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | 4:22-CV-04161-KES<br><br>ORDER GRANTING MOVANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |

　　Movant, David Farrell, filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Docket 1. This court entered judgment in favor of respondent and did not grant Farrell a certificate of appealability. Dockets 16, 17. Farrell filed a notice of appeal and moved for leave to proceed in forma pauperis on appeal, but he did not include a completed and certified prisoner trust account report. *See* Dockets 18, 23. This court ordered Farrell to submit a completed and certified prisoner trust account report, or in the alternative, pay the full $505 filing fee, by June 26, 2023. Docket 24. Farrell has now submitted a prisoner trust account report. Docket 25.

　　The Eighth Circuit historically has looked to district courts to rule on in forma pauperis motions for appeal and has held that the filing-fee provisions of the PLRA do not apply to habeas corpus actions. *Malave v. Hedrick*, 271 F.3d 1139, 1140 (8th Cir. 2001) (per curiam). To determine whether a habeas petitioner qualifies for in forma pauperis status, the court need only assess (1)

whether the petitioner can afford to pay the full filing fee, and (2) whether the petitioner's appeal is taken in "good faith." 28 U.S.C. § 1915(a)(1), (3).

Farrell's appeal appears to be taken in good faith. Based on the information in Farrell's prisoner trust account report, this court finds that Farrell has insufficient funds to pay the $505.00 appellate filing fee. *See* Docket 25. Thus, Farrell is granted leave to proceed in forma pauperis on appeal.

IT IS ORDERED:

1. That Farrell's motion for leave to proceed in forma pauperis on appeal (Docket 23) is granted.

Dated June 15, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE